**UNITED STATES DISTRICT COURT**
**DISTRICT OF MARYLAND**
**GREENBELT DIVISION**

| | |
|---|---|
| PHYLLIS CARROLL, | ) |
| | ) |
| Plaintiff, | ) |
| | ) No. |
| v. | ) |
| | ) |
| PAUL LAW OFFICE, PLLC | ) |
| | ) |
| Defendant. | ) |

## PLAINTIFF'S COMPLAINT AND DEMAND FOR JURY TRIAL

PHYLLIS CARROLL (Plaintiff), through her attorneys, the LAW OFFICE OF FREDRICK E. NIX, P.C., alleges the following against PAUL LAW OFFICE, PLLC (Defendant):

## INTRODUCTION

1. Count I of Plaintiff's Complaint is based on the Fair Debt Collection Practices Act, 15 U.S.C. 1692 et seq. (FDCPA).

## JURISDICTION AND VENUE

2. Jurisdiction of this Court arises pursuant to 15 U.S.C. 1692k(d), which states that such actions may be brought and heard before "any appropriate United States district court without regard to the amount in controversy."

3. Defendant conducts business in the state of Maryland; therefore, personal jurisdiction is established.

4. Venue is proper pursuant to 28 U.S.C. 1391(b)(2).

## PARTIES

5. Plaintiff is a natural person residing in Prince Georges County, Maryland.

6. Plaintiff is a consumer as that term is defined by 15 U.S.C. 1692a(3), and according to Defendant, Plaintiff allegedly owes a debt as that term is defined by 15 U.S.C. 1692a(5).

7. Defendant is a debt collector as that term is defined by 15 U.S.C. 1692a(6), and sought to collect a consumer debt from Plaintiff.

8. Plaintiff is informed and believes, and thereon alleges, that Defendant is a collections business with an office in Salt Lake City, Utah.

9. Defendant acted through its agents, employees, officers, members, directors, heirs, successors, assigns, principals, trustees, sureties, subrogees, representatives, and insurers.

## FACTUAL ALLEGATIONS

10. Plaintiff had an account with Metris/Direct Merchants, with an account number ending in 8270, which was overdue.

11. On July 7, 2011, Defendant offered to settle the account for $1,043.86 (see Exhibit A).

12. Plaintiff accepted this offer, and on July 12, 2011, The Palmer Firm, P.C. ("Palmer Firm"), Plaintiff's attorneys acting on her behalf, timely paid this sum via "check-by-phone" with "Preston Lewis" at Defendant's firm (see Exhibit B).

13. The settlement check cleared on July 14, 2011.

14. Subsequently, on or about August 31, 2011, a representative of Defendant's firm contacted Plaintiff alleging amounts due on this settled account.

15. Additionally, the Palmer Firm confirmed with "Janet" at Defendant's firm that Defendant was attempting to collect on this account.

16. Plaintiff entered into an enforceable agreement to settle the account with Defendant, and any and all collection efforts are in direct violation of the law, as set forth herein.

## COUNT I
## DEFENDANT VIOLATED THE FAIR DEBT COLLECTION PRACTICES ACT (FDCPA)

17. Defendant violated the FDCPA based on, but not limited to, the following:

    a. Defendant violated § 1692c(2) of the FDCPA by communication with Plaintiff, a client of the Palmer Firm, with knowledge of the representation;

    b. Defendant violated § 1692e(2)(A), f(1) of the FDCPA by falsely representing the character, amount, or legal status of the alleged debt;

    c. Defendant violated §1692d of the FDCPA by engaging in conduct the natural consequence of which was to harass, oppress, or abuse any person in connection with the collection of a debt.

WHEREFORE, Plaintiff, PHYLLIS CARROLL, respectfully requests judgment be entered against Defendant, PAUL LAW OFFICE, PLLC, for the following:

18. Statutory damages of $1000.00 pursuant to the Fair Debt Collection Practices Act, 15 U.S.C. 1692k;

19. Costs and reasonable attorneys' fees pursuant to the Fair Debt Collection Practices Act, 15 U.S.C. 1692k; and

20. Any other relief that this Court deems just and appropriate.

## **DEMAND FOR JURY TRIAL**

PLEASE TAKE NOTICE, Plaintiff, PHYLLIS CARROL, hereby demands a jury trial in this cause of action.

RESPECTFULLY SUBMITTED,

By: /s/ Fredrick E. Nix  (#29201)
Law Offices of Fredrick E. Nix, P.C.
240 South Potomac Street, Suite 203
Hagerstown, MD 21740
(888) 221-6685  |  fredrick.nix@attorneynix.com
Attorney for Plaintiff

## VERIFICATION OF COMPLAINT AND CERTIFICATION

STATE OF MARYLAND         )
                          )
COUNTY OF PRINCE GEORGES  )

Plaintiff, PHYLLIS CARROLL, states the following:

1. I am the Plaintiff in this civil proceeding.
2. I have read the above-entitled civil Complaint prepared by my attorneys and I believe that all of the facts contained in it are true, to the best of my knowledge, information and belief formed after reasonable inquiry.
3. I believe that this civil Complaint is well grounded in fact and warranted by existing law or by a good faith argument for the extension, modification or reversal of existing law.
4. I believe that this civil Complaint is not interposed for any improper purpose, such as to harass any Defendant(s), cause unnecessary delay to any Defendant(s), or create a needless increase in the cost of litigation to any Defendant(s), named in the Complaint.
5. I have filed this Complaint in good faith and solely for the purposes set forth in it.
6. Each and every exhibit I have provided to my attorneys which has been attached to this Complaint is a true and correct copy of the original.
7. Except for clearly indicated redactions made by my attorneys where appropriate, I have not altered, changed, modified or fabricated these exhibits, except that some of the attached exhibits may contain some of my own handwritten notations.

Pursuant to 28 U.S.C. § 1746(2), I, PHYLLIS CARROLL, hereby declare (or certify, verify or state) under penalty of perjury that the foregoing is true and correct.

X 6-30-12
_____
Date

X Phyllis Carroll
_____
PHYLLIS CARROLL