IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

PHYLLIS CARROLL                  :

                  :

   v.                           :   Civil Action No. DKC 12-2041

                  :

PAUL LAW OFFICE, PLLC            :

**ORDER**

For the reasons stated in the foregoing Memorandum Opinion, it is this 2nd day of August, 2013, by the United States District Court for the District of Maryland, ORDERED that:

1. The application for default judgment filed by Plaintiff Phyllis Carroll (ECF No. 14) BE, and the same hereby IS, GRANTED;

2. Judgment BE, and the same hereby IS, ENTERED in favor of Plaintiff Phyllis Carroll, and against Defendant Paul Law Office, PLLC, for violation of the Fair Debt Collection Practices Act, 15 U.S.C. § 1692, *et seq.*, in the amount of $475.00, consisting of $50.00 in statutory damages awarded pursuant to 15 U.S.C. § 1692k(a)(2)(A), and $425.00 in costs associated with the filing of the case, awarded pursuant to 15 U.S.C. § 1692k(a)(3);

3. Plaintiff may submit a supplemental petition for attorneys' fees, in proper form, within fourteen (14) days;

4. The clerk will transmit copies of the Memorandum Opinion and this Order to counsel for Plaintiff and directly to the Defendant and CLOSE this case.

                                                /s/
                                  DEBORAH K. CHASANOW
                                  United States District Judge